IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HENRY SHARP, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 11-1209-RGA-CJB |
| VERIZON DELAWARE LLC, | : |
| Defendant. | : |

**ORDER**

This 21st day of February 2014, upon consideration of the Magistrate Judge's Report and Recommendation dated January 31, 2014, and no objections to the Report and Recommendation having been received, and the Court having reviewed the matter and being convinced that the Magistrate Judge's thorough Report and Recommendation is legally and factually correct, IT IS HEREBY ORDERED:

1. The Report and Recommendation (D.I. 47) is **ADOPTED**.

2. The Defendant's Motion for Summary Judgment (D.I. 39) is **GRANTED**.

United States District Judge